THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DE PASQUALE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 1, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL

460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.